# Court of Appeals
# of the State of Georgia

ATLANTA, February 04, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0220. DARCY BUTKUS v. CAROLYN O'BRIEN.

On June 26, 2024, the trial court converted a twelve-month protective order in favor of Carolyn O'Brien and against Darcy Butkus into a three-year protective order. On December 18, 2024, the trial court issued an order finding that Butkus was in willful contempt of the twelve-month protective order. On January 17, 2025, Butkus filed this application for discretionary review.

This Court has "consistently treated stalking protective orders as directly appealable," *Bruno v. Light*, 344 Ga. App. 799, 800 n. 2 (811 SE2d 500) (2018), and has explained that where, as here, the protective order does not arise out of a domestic relations matter that would subject it to the discretionary appeal procedures under OCGA § 5-6-35 (a) (2), it is directly appealable. *Bodi v. Ryan*, 358 Ga. App. 267, 268 n. 3 (855 SE2d 11) (2021). Additionally, OCGA § 5-6-34 (a) (2) allows for direct appeals from "[a]ll judgments involving applications for discharge in . . . contempt cases." This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).

Because the underlying June 26, 2024 order was not subject to the discretionary appeal procedures, and because Butkus filed a timely application for discretionary review of the directly appealable December 18, 2024 order finding her in contempt, her application is hereby GRANTED. Butkus shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so. See

OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  02/04/2025*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*